# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NEW YORK

In Re: **Terry E. Drury**

Case No.: **98-13681-MJK**

Debtor(s)

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

The Clerk of the United States Bankruptcy Court deposited the sum of **$1,357.86** into the Treasury of the United States on **August 24, 2009** under receipt number **11088366** representing unclaimed funds. It appears that said funds are properly due and payable to the creditor **Bank of America Corporation**, it is **Therefore,**

**ORDERED,** upon the annexed application of the Creditor that the sum of **$1,357.86** be withdrawn from the United States Treasury and the Clerk of Court is hereby directed to voucher for same to **Bank of America Corporation, c/o Dilks & Knopik, LLC, a third party fund locator.**

**SO ORDERED.**



Michael J. Kaplan
**United States Bankruptcy Judge**

DATED: **SEP 1 4 2010**

FILED

SEP 1 4 2010

BANKRUPTCY COURT
BUFFALO, N.Y.